# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133483
(24)

SCOTT CONN, Personal Representative of the
Estate of Jennifer Conn, Deceased, and GARY
L. SWINNEY,
      Plaintiffs-Appellees,

v

                                      SC: 133483
                                      COA: 272563
ASPLUNDH TREE EXPERT COMPANY,      Monroe CC: 04-017799-NI
      Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's June 26, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007                                  Clerk